UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, an individual, | Case No. 2:22-cv-00897-AC |
| Plaintiff, | [Assigned to: Magistrate Judge Allison Claire] |
| vs. | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT |
| RISE WOOD-FIRE LLC d/b/a RISE WOODFIRE, a California limited liability company; and DOES 1 to 10, inclusive, Defendant. | Complaint Filed: May 25, 2022<br>Trial Date: None Set |

Having considered the Parties' Stipulation to Set Aside Clerk's Entry of Default, and good cause appearing therefore, the Stipulation is GRANTED.

**IT IS HEREBY ORDERED:**

1. The Court set aside the default entered by the Clerk in this matter; and
2. Defendants shall be permitted to file a responsive pleading within twenty-one days of the Court's entry of an order on the Stipulation.

DATED: August 23, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE